IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| DRAKE LAFAYETTE WILLIS, | § | |
|---|---|---|
| #1575130 & #18004269, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL NO. 3:18-CV-0061-K |
| | § | |
| RICK MAGNIS, Judge 283rd Judicial | § | |
| District Court of Dallas County, et al., | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate.

SO ORDERED.

Signed February 28th, 2018.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE